UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:23-CR-00101-4-D
Civil No. 7:26-CV-00175-D

Quatavious Hunter,          )
                            )
            Petitioner,     )
                            )
    v.                      )          ORDER
                            )
United States of America,   )
                            )
            Respondent.     )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This _6_ day of April, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE